**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Suite 105
Fresno, California 93720
Telephone (559) 449-9069
Facsimile  (559) 513-8530
cmoses@yosemitelawyer.com

Attorney for Defendant,
ALLISON HUGHES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs<br><br>ALLISON HUGHES,<br><br>　　　　　Defendant.<br>_____ | CASE NO: 6:12-mj-00005-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE TO JUNE 7, 2012;<br>ORDER THEREON |

　　　IT IS HEREBY STIPULATED by and between the Defendant, ALLISON HUGHES, her Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter currently scheduled for May 1, 2012, at 10:00 a.m. be continued until June 7, 2012, at 10:00 a.m.  This continuance is necessary to accommodate defendant's school and work schedule.


Dated: April 27, 2012　　　　　　　　　　　　By:  /s/ Carol Ann Moses
　　　　　　　　　　　　　　　　　　　　　　　　　CAROL ANN MOSES
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON HUGHES


Dated: April 27, 2012　　　　　　　　　　　　By:  /s/ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ST. VINCENT
　　　　　　　　　　　　　　　　　　　　　　　　　Legal Officer for the
　　　　　　　　　　　　　　　　　　　　　　　　　National Park Service

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of the Status Conference until June 7, 2012, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

The Status Conference for Defendant, ALLISON HUGHES, shall be continued to June 7, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 1, 2012                    /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE

2
STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER THEREON